**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHELLE LYONS, | No. C 09-795 SI |
|     Plaintiff, | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TRANSFER CASE TO CENTRAL DISTRICT OF CALIFORNIA** |
|     v. | |
| UNITED STATES POST OFFICE, | |
|     Defendant. | |

Defendant's motion to dismiss, or in the alternative, to transfer venue to the Central District of California, is scheduled for a hearing on May 1, 2009. Plaintiff has not filed an opposition. Pursuant to Civil Local Rule 7-1(b), the Court determines that the matter is appropriate for resolution without oral argument, and VACATES the hearing.

Plaintiff originally filed this case in the Alameda County Superior Court Small Claims Court in Berkeley, California. The complaint states that plaintiff resides in Los Angeles. *See* Notice of Removal Ex. A. Plaintiff alleges that defendant United States Postal Service owes her $1,650 for damage to a laptop computer, and $3,350 in costs allegedly incurred by plaintiff in attempting to resolve the issue with defendant.

On February 24, 2009, defendant removed the case to this Court on the ground that it is a tort action against a federal agency. Thereafter, on March 3, 2009, defendant moved to dismiss the case for improper venue, or alternatively to transfer the case to the Central District of California. Defendant asserts that the only possible basis for jurisdiction against defendant is the Little Tucker Act, 13 U.S.C. § 1346(a)(2), and that venue for claims under that statute is proper only in the judicial district in which the plaintiff resides. 28 U.S.C. § 1402(a)(1). Plaintiff's opposition, if any, was due no later than April

1  10, 2009. Plaintiff has not filed any opposition, nor has she contacted the Court in any way requesting
2  a change of date or extension of time to file.
3       After review of the complaint, the Court agrees with defendant that venue of this action lies in
4  the Central District of California, and accordingly the Court GRANTS defendant's unopposed motion
5  to transfer. Docket No. 4. The Clerk shall transfer this case to the Central District of California.

7  **IT IS SO ORDERED.**

9  Dated: April 23, 2009

                              SUSAN ILLSTON
                              United States District Judge

**United States District Court**
For the Northern District of California